DocuSign Envelope ID: ECDA6C84-2B00-4C3B-85E6-DED21FB4F607

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

TYLER JAYE COLLINS, as an individual

Plaintiff(s),

vs.

FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive

Defendant(s).

Case #2:24-cv-00834

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

Devin H. Fok (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of DHF Law, P.C. (firm name)

with offices at 2304 Huntington Drive, Suite 210 (street address),

San Marino (city), California (state), 91108 (zip code),

888-651-6411 (area code + telephone number), devin@devinfoklaw.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Tyler Jaye Collins [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

DocuSign Envelope ID: ECDA6C84-2B00-4C3B-85E6-DED21FB4F607

3. That since 5/20/2008 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Supreme Court | 5/20/2008 | 256599 |
| US District Court, Northern District of California | 6/28/2013 | 256599 |
| US District Court, Eastern District of California | 3/14/2017 | 256599 |
| US District Court, Southern District of California | 6/28/2013 | 256599 |
| US District Court, Central District of California | 6/7/2012 | 256599 |
| 9th Circuit Court of Appeals | 3/13/2013 | 256599 |
| US District Court, Eastern District of Missouri | 10/24/2023 | 256599 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

DocuSign Envelope ID: ECDA6C84-2B00-4C3B-85E6-DED21FB4F607

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | none | none | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DocuSign Envelope ID: ECDA6C84-2B00-4C3B-85E6-DED21FB4F607

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

STATE OF California )
COUNTY OF Los Angeles )

Devin H. Fok, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Petitioner's signature

Subscribed and sworn to before me this

day of SEE ATTACHED NOTARY CERTIFICATE DH 05/13/2024.

Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Matthew I. Knepper (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

5940 S. Rainbow Blvd., Suite 400 PMB 99721, (street address)

Las Vegas (city), Nevada (state), 89118 (zip code)

702-660-4228 (area code + telephone number), matt@knepperlitigation.com (Email address).

Rev. 5/16

DocuSign Envelope ID: ECDA6C84-2B00-4C3B-85E6-DED21FB4F607

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Matthew I. Knepper (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:
AF854083EBD54B4...
(party's signature)

Tyler Jaye Collins, Plaintiff

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*/s/ Matthew Knepper*
Designated Resident Nevada Counsel's signature

12796 matt@knepperlitigation.com
Bar number Email address

APPROVED:

Dated: this 17 day of May , 2024.

UNITED STATES DISTRICT JUDGE

# California Jurat

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**State of California**
**County of Los Angeles**

Subscribed and sworn to (or affirmed) before me on this 13th day of May, 2024, by — Devin H Fok —,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

DENNIS YEN
Notary Public - California
Los Angeles County
Commission # 2462867
My Comm. Expires Sep 12, 2027

Signature [signature]
Signature of Notary Public

***Place Notary Seal Above***

---OPTIONAL INFORMATION---

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this jurat to an unauthorized document and may prove useful to persons on the attached document.

Description of Attached Document

Title or Type of Document —Verified Petition for Permission To Practice In This Case Only By Attorney Not Admitted to The Bar of this Court and Designation of Local Counsel — Document Date 05/13/2024

Number of Pages: ____________



Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

***DEVIN HENG FOK***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify DEVIN HENG FOK #256599 was on the 20th day of May 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on this day of April 16th, 2024.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:____________________________________
*Florentino Jimenez, Assistant Deputy Clerk*