Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702-382-2101
Facsimile: 702-382-8135
preilly@bhfs.com

*Attorneys for Five Diamond Screening, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER JAYE COLLINS,<br><br>     Plaintiff,<br><br>v.<br><br>FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10, inclusive,<br><br>     Defendants. | Case No.: 2:24-cv-00834-GMN-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Defendant Five Diamond Screening, LLC ("Five Diamond") pursuant to Local Rule IA 6-1, respectfully submits this Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. Five Diamond was served with the Complaint on May 6, 2024.  Thus, and due to the Memorial Day holiday, Five Diamond's response to the Complaint is presently due on May 28, 2024. Five Diamond requests a fourteen (14) day extension of time to file its response.

This is Five Diamond's first request for an extension. First Diamond requires additional time to analyze and formulate its response to Plaintiff's allegations and claims. Prior to filing this Motion, Five Diamond's counsel contacted Plaintiff Tyler Collins' counsel, Devin Fok, Esq., who confirmed Plaintiff has no opposition to the requested extension.

Accordingly, Defendant Five Diamond Screening, LLC respectfully requests the Court grant this Motion extend the time for Five Diamond to respond to the Complaint by fourteen (14)

1

28787955

1 | days, up to and including June 11, 2024.

2 | DATED this 28th day of May, 2024.

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

*Attorneys for Defendant Five Diamond Screening, LLC*

**IT IS SO ORDERED**.

DATED: 5/29/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2

28787955

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** was served via electronic service on the 28th day of May, 2024, to all parties on the CM/ECF service list.

  /s/ Dominique Hoskins
  An employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

28787955