SAO
Nathan J. Aman, Esq.
Nevada Bar No. 8354
Emilee N. Hammond, Esq.
Nevada Bar No. 14626
VILORIA, OLIPHANT
 OSTER & AMAN. L.L.P.
327 California Ave.
Reno, Nevada 89509
(775) 284-8888

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.  2:24-CV-00834-GMN-DJA |

Joint Motion

~~STIPULATION~~ **AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT**

COMES NOW Defendant, ACCUSOURCEHR, INC. ("AccuSourceHR"), and Plaintiff, TYLER JAYE COLLINS ("Collins"), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On May 3, 2024, Collins filed a Complaint against AccuSourceHR;

2. AccuSourceHR's counsel has requested additional time in which to file their response to the Complaint, due to pending determination of insurance coverage and other related matters;

3. This is the first request ~~for~~ additional time to respond to the Complaint;

4. The parties have agreed that AccuSourceHR shall have an additional period of twenty-one (21) judicial days, until and including June 18, 2024, to file a response to the Complaint;

-1-

5. The Stipulation is made in good faith and not for the purpose of delay.

6. The parties respectfully request that the Court approve this stipulation.

**DATED** this 4th day of June, 2024.

| | |
|---|---|
| **KNEPPER LITIGATION LLC** | **VILORIA, OLIPHANT,**<br>  **OSTER, & AMAN L.L.P.** |
| By:/s/ *Matthew I. Knepper, Esq.*<br>  Matthew I. Knepper, Esq.<br>  Nevada Bar No. 12796<br>  5940 S Rainbow Blvd., Suite 400<br>  PMB 99721<br>  Las Vegas, NV 89118<br>  Tel./Fax.: (702) 660-4228<br>  Email: matt@knepperlitigation.com | By:/s/ *Nathan J. Aman, Esq.*<br>  Nathan J. Aman, Esq.<br>  Nevada Bar No. 8354<br>  P.O. Box 3677<br>  Reno, Nevada 89505<br>  (775) 284-8888<br>  (775) 284-3838 - fax<br>  Email: naman@renonvlaw.com |

and

**DHF LAW, PC**
Devin Foq, Esq.
California Bar No. 256599
Email: devin@devinfoklaw.com
Ainat Kiewe, Esq.
California Bar No. 207439
Email: ainat@devinfoklaw.com
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Tel.: (888) 651-6411
Fax: (818) 484-2023

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).

The Court GRANTS the joint motion (ECF No. 12).

DATED: 6/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE