1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8   TYLER JAYE COLLINS                )   Case #  2:24-cv-00834
                                      )   _____
9                                     )
                                      )
                                      )   **VERIFIED PETITION FOR**
10        Plaintiff(s),               )   **PERMISSION TO PRACTICE**
                                      )   **IN THIS CASE ONLY BY**
11   vs.                              )   **ATTORNEY NOT ADMITTED**
                                      )   **TO THE BAR OF THIS COURT**
12   FIVE DIAMOND SCREENING, LLC;     )   **AND DESIGNATION OF**
     ACCUSOURCE, INC. and DOES 1-10   )   **LOCAL COUNSEL**
13   inclusive, Defendant(s).         )
                                      )
14   _____)   FILING FEE IS $250.00

15

16        Andrew Michael Schwartz         , Petitioner, respectfully represents to the Court:
          _____
             (name of petitioner)

17
          1.    That Petitioner is an attorney at law and a member of the law firm of
18   Messer Strickler Burnette, Ltd.
     _____
19                                  (firm name)

20   with offices at _____935 E. Lancaster Ave., #1003_____,
                                      (street address)

21   Downingtown                          Pennsylvania                  19103
     _____, _____, _____,
22            (city)                           (state)                  (zip code)

     320-424-9664                       aschwartz@messerstrickler.com
23   _____, _____.
     (area code + telephone number)          (Email address)

24
          2.    That Petitioner has been retained personally or as a member of the law firm by
25   FIVE DIAMOND SCREENING, LLC
     _____ to provide legal representation in connection with
26            [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                    Rev. 5/16

3.      That since   April 1, 1997                , Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of  Pennsylvania
                                                                                      (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Commonwealth of Pennsylvania | April 1, 1997 | 79427 |
| State of New Jersey | March 23, 1997 | 037271996 |
| USDC for Eastern District of PA | 5/2002 | |
| USDC for Middle District Court of PA | 5/2005 | |
| USDC for Western District of PA | 6/2014 | |
| USDC for District of New Jersey | 3/2006 | |
| USDC for the Eastern District of Michigan | 7/2018 | |

See additional page

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> Never denied.

7.     That Petitioner is a member of good standing in the following Bar Associations.

> Pennsylvania and New Jersey Bar Associations

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None in the last three (3) years | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4   _____
                              Petitioner's signature

5   STATE OF _Illinois_____  )

    COUNTY OF _Cook_____  )
6

7   ___Andrew Michael Schwartz___ , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9

    _____
                              Petitioner's signature
10  Subscribed and sworn to before me this

11
    _11th_ day of _June_____ , _2024_.
12

13  _____
              Notary Public or Clerk of Court
14

        ┌─────────────────────────────────────┐
        │            J WHITE                  │
        │          Official Seal              │
        │  Notary Public - State of Illinois  │
        │  My Commission Expires Jan 5, 2026  │
        └─────────────────────────────────────┘

15

16          **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate _Patrick J. Reilly_____ ,
19                                                                          (name of local counsel)
    Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
    above-entitled Court as associate resident counsel in this action. The address and email address of
21
    said designated Nevada counsel is:
22

23  Brownstein Hyatt Farber Schreck, LLP  100 North City Parkway, Suite 1600
    _____ ,
24                                         (street address)

    Las Vegas                              Nevada                          89106
25  _____ , _____ , _____ ,
              (city)                          (state)                      (zip code)

26  702-464-7033                    preilly@bhfs.com
    _____ , _____ .
27  (area code + telephone number)        (Email address)

28                                     4

                                                                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick J. Reilly_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Catherine Brame*
_____
(party's signature)

Catherine Brame, Vice President
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Patrick J. Reilly
_____
Designated Resident Nevada Counsel's signature

6103                          preilly@bhfs.com
_____
Bar number                   Email address

APPROVED:

Dated: this __11th__ day of __June__, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| | |
|---|---|
| U.S. District Court, Northern District of Illinois | 9/2018 |
| U.S. District Court, Eastern District of Missouri | 12/2018 |
| U.S. District Court, Eastern District of Wisconsin | 12/2018 |
| U.S. District Court, District of Columbia | 4/2020 |
| U.S. Court of Appeals, Second Circuit | 3/2017 |
| U.S. Court of Appeals, Third Circuit | 1/2005 |
| U.S. Court of Appeals, Eleventh Circuit | 6/2021 |

# THE SUPREME COURT OF NEW JERSEY



# Certificate of Good Standing

This is to certify that **ANDREW MICHAEL SCHWARTZ**
( **037271996** ) was constituted and appointed an Attorney at Law of New Jersey on **March 24, 1997** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 4th day of June , 20 24 .



Clerk of the Supreme Court



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Andrew Michael Schwartz, Esq.*

**DATE OF ADMISSION**

**April 1, 1997**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 5, 2024**

Elizabeth E. Zisk
Chief Clerk