1  Chad R. Fears, Esq. (SBN 6970)
2  David W. Gutke, Esq. (SBN 9820)
   **EVANS FEARS SCHUTTERT MNCULTY MICKUS**
3  6720 Via Austi Parkway, Suite 300
   Las Vegas, Nevada 89119
4  Telephone:  702-805-0290
   Facsimile:  702-805-0291
5  Email: cfears@efsmmlaw.com
   Email: dgutke@efsmmlaw.com
6
7  *Attorneys for Defendant AccuSourceHR, Inc.*

8                **UNITED STATES DISTRICT COURT**

9                       **STATE OF NEVADA**

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual, | Case No. 2:24-CV-00834-GMN-DJA |
| Plaintiff, | **JOINT MOTION** ~~STIPULATION~~ **AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ACCUSOURCEHR, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive, | **(SECOND REQUEST)** |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and through their respective counsel, that the time for Defendant AccuSourceHR, Inc. ("AccuSourceHR") to respond to the Complaint is extended from June 18, 2024 to July 2, 2024.  This stipulation is submitted to accommodate newly retained counsel for AccuSourceHR and ongoing discussions between the parties as to the allegations against AccuSourceHR.  This extension request is the second request regarding the subject deadline.  The Court previously approved AccuSourceHR's extension request on June 5, 2024 (ECF No. 13).

/ / /

/ / /

/ / /

/ / /

1  This extension request is made in good faith and not for the purpose of delay.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including July 2, 2024 for Defendant AccuSourceHR to respond to the Complaint.

Dated: June 15, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **KNEPPER LITIGATION LLC** |
| */s/ David W. Gutke* <br> Chad R. Fears, Esq. (SBN 6970) <br> David W. Gutke, Esq. (SBN 9820) <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Defendant AccuSourceHR, Inc.* | */s/ Devin Fok* <br> Matthew I. Knepper, Esq. (SBN 12796) <br> 5502 S. Fort Apache Rd, Suite 200 <br> Las Vegas, Nevada 89148 <br><br> Devin Fok, Esq. (Pro Hac Vice) <br> Ainat Kiewe, Esq. (Pro Hac Vice) <br> **DHF LAW, PC** <br> 2304 Huntington Drive, Suite 210 <br> San Marino, CA 91108 <br><br> *Attorneys for Plaintiff* |
| **MESSER STRICKLER BURNETTE LTD.** | |
| */s/ Andrew Michael Schwartz* <br> Andrew Michael Schwartz (Pro Hac Vice) <br> 935 E. Lancaster Ave., #1003 <br> Downingtown, PA 19335 <br><br> Patrick J Reilly, Esq. (SBN 6103) <br> **Brownstein Hyatt Farber Schreck, LLP** <br> 100 N. City Parkway, Suite 1600 <br> Las Vegas, NV 89106 <br><br> *Attorneys for Defendant Five Diamond Screening, LLC* | |

## ORDER

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - **and must be filed** - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).

The Court GRANTS the joint motion (ECF No. 18).

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 6/18/2024

CASE NO.: 2:24-CV-00834-GMN-DJA

2