Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MNCULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmlaw.com

*Attorneys for Defendant AccuSourceHR, Inc.*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:24-CV-00834-GMN-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ACCUSOURCEHR, INC. TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, and through their respective counsel, that the time for Defendant AccuSourceHR, Inc. ("AccuSourceHR") to respond to the Complaint is extended from July 2, 2024 to July 16, 2024.  This stipulation is submitted by all parties to accommodate the schedule of recently retained counsel for AccuSourceHR and ongoing discussions between the parties as to the allegations against AccuSourceHR.  This extension request is the third request regarding the subject deadline.  The Court previously approved AccuSourceHR's extension request on June 18, 2024 (ECF No. 19).

This extension request is made in good faith and not for the purpose of delay.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including July 16, 2024 for Defendant AccuSourceHR to respond to the Complaint.

/ /

1 | Dated: July 2, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **KNEPPER LITIGATION LLC** |
| */s/ David W. Gutke* | */s/ Devin Fok* |
| Chad R. Fears, Esq. (SBN 6970) | Matthew I. Knepper, Esq. (SBN 12796) |
| David W. Gutke, Esq. (SBN 9820) | 5502 S. Fort Apache Rd, Suite 200 |
| 6720 Via Austi Parkway, Suite 300 | Las Vegas, Nevada  89148 |
| Las Vegas, Nevada 89119 | |
| | Devin Fok, Esq. (Pro Hac Vice) |
| *Attorneys for Defendant AccuSourceHR, Inc.* | Ainat Kiewe, Esq. (Pro Hac Vice) |
| | **DHF LAW, PC** |
| | 2304 Huntington Drive, Suite 210 |
| | San Marino, CA 91108 |
| **MESSER STRICKLER BURNETTE LTD.** | |
| | *Attorneys for Plaintiff* |
| */s/ Andrew Michael Schwarts* | |
| Andrew Michael Schwartz (Pro Hac Vice) | |
| 935 E. Lancaster Ave., #1003 | |
| Downingtown, PA 19335 | |
| | |
| Patrick J Reilly, Esq. (SBN 6103) | |
| **Brownstein Hyatt Farber Schreck, LLP** | |
| 100 N. City Parkway, Suite 1600 | |
| Las Vegas, NV 89106 | |
| | |
| *Attorneys for Defendant Five Diamond Screening, LLC* | |

<u>ORDER</u>

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/3/2024 _____

CASE NO.: 2:24-CV-00834-GMN-DJA

2