Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MNCULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmmlaw.com
*Attorneys for Defendant AccuSourceHR, Inc.*

**UNITED STATES DISTRICT COURT**

**STATE OF NEVADA**

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual, | **Case No. 2:24-CV-00834-GMN-DJA** |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ACCUSOURCEHR, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive, | **(FOURTH REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, and through their respective counsel, that the time for Defendant AccuSourceHR, Inc. ("AccuSourceHR") to respond to the Complaint is extended from July 16, 2024 to July 30, 2024.  This stipulation is submitted by all parties to accommodate the schedule of recently retained counsel for AccuSourceHR and ongoing discussions between the parties as to the allegations against AccuSourceHR.  This extension request is the fourth request regarding the subject deadline.  The Court previously approved AccuSourceHR's extension request on July 3, 2024 (ECF No.  21).

This extension request is made in good faith and not for the purpose of delay.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including July 30, 2024 for Defendant AccuSourceHR to respond to the Complaint.

/ /

Dated: July 16, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **KNEPPER LITIGATION LLC** |
| */s/ Chad R. Fears*<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119 | */s/ Devin Fok*<br>Matthew I. Knepper, Esq. (SBN 12796)<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, NV 89148 |
| *Attorneys for Defendant AccuSourceHR, Inc.* | Devin Fok, Esq. (Pro Hac Vice)<br>Ainat Kiewe, Esq. (Pro Hac Vice)<br>**DHF LAW, PC**<br>2304 Huntington Drive, Suite 210<br>San Marino, CA 91108 |
| **MESSER STRICKLER BURNETTE LTD.** | *Attorneys for Plaintiff* |
| */s/ Andrew Michael Schwartz*<br>Andrew Michael Schwartz (Pro Hac Vice)<br>935 E. Lancaster Ave., #1003<br>Downingtown, PA 19335 | |
| Patrick J Reilly, Esq. (SBN 6103)<br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>100 N. City Parkway, Suite 1600<br>Las Vegas, NV 89106 | |
| *Attorneys for Defendant Five Diamond Screening, LLC* | |

**IT IS SO ORDERED**.

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/17/2024

CASE NO.: 2:24-CV-00834-GMN-DJA

2