## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual, <br><br> Plaintiff(s), <br><br> vs. <br><br> FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC. and DOES 1-10 inclusive, <br><br> Defendant(s). | Case No.: 2:24-cv-00834-GMN-DJA <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISCOVERY PLAN/SCHEDULING ORDER** <br><br> **(FIRST REQUEST)** |

Plaintiff Tyler Jaye Collins ("Plaintiff") and Defendants Five Diamond Screening, LLC ("Five Diamond") and AccusourceHR, Inc**.** ("Accursource HR") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the current deadline for the Parties to submit their Discovery Plan/Scheduling Order is due by July 26, 2024 (ECF 15);

**WHEREAS,** pursuant to Court's Order dated July 17, 2024 Accusource HR's response to Plaintiff's Complaint is due up to and including July 30, 2024 (ECF 23);

**WHEREAS,** the Parties require additional time to meet and confer regarding a proposed discovery schedule in this case;

**NOW, THEREFORE,** for good cause showing, the Parties have agreed to extend the deadline for filing the Discovery Plan/Scheduling Order up to and including August 14, 2024**.**  This is the first stipulation for extension of time regarding the subject deadline.

**IT IS SO STIPULATED:**

DATED: July 26, 2024

*/s/ Devin H. Fok*
Devin H. Fok
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: 888-651-6411
devin@devinfoklaw.com

Attorney for Plaintiff

*/s/Andrew Michael Schwartz*
Andrew Michael Schwartz
Admitted Pro Hac Vice
Messer Strickler Burnette Ltd.
935 E. Lancaster Ave., #1003
Downingtown, PA 19335
320-434-9664
aschwartz@messerstrickler.com

Attorney for Defendant Five Diamond Screening, LLC

*/s/ David W. Gutke*
David W. Gutke
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Ste 300
Las Vegas, NV 89119
702-805-0215
dgutke@efstriallaw.com

Attorney for Defendant AccuSourceHR, Inc.

## ORDER

**IT IS SO ORDERED**. The parties shall file their discovery plan and scheduling order by August 14, 2024.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: __7/30/2024_____

CASE NO.: 2:24-CV-00834-GMN-DJA