Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT MNCULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmmlaw.com

*Attorneys for Defendant AccuSourceHR, Inc.*

## UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual, | Case No. 2:24-CV-00834-JAD-DJA |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT ACCUSOURCEHR, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive, | **(FIFTH REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, and through their respective counsel, that the time for Defendant AccuSourceHR, Inc. ("AccuSourceHR") to respond to the Complaint is extended by one week, from July 30, 2024 to August 6, 2024.  This stipulation is submitted by all parties to accommodate ongoing discussions between the parties as to the allegations against AccuSourceHR.  This extension request is the fifth request regarding the subject deadline.  The Court previously approved AccuSourceHR's extension request on July 17, 2024 (ECF No.  23).

This extension request is made in good faith and not for the purpose of delay.  Accordingly, for good cause showing, the parties have agreed to an extension of time, up to and including August 6, 2024 for Defendant AccuSourceHR to respond to the Complaint.

/ /

Dated: July 30, 2024.

| | |
|---|---|
| **EVANS FEARS SCHUTTERT MNCULTY MICKUS** | **KNEPPER LITIGATION LLC** |
| /s/ Chad R. Fears<br>Chad R. Fears, Esq. (SBN 6970)<br>David W. Gutke, Esq. (SBN 9820)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, Nevada 89119 | /s/ Devin Fok<br>Matthew I. Knepper, Esq. (SBN 12796)<br>5502 S. Fort Apache Rd, Suite 200<br>Las Vegas, Nevada 89148 |
| *Attorneys for Defendant AccuSourceHR, Inc.* | Devin Fok, Esq. (Pro Hac Vice)<br>Ainat Kiewe, Esq. (Pro Hac Vice)<br>**DHF LAW, PC**<br>2304 Huntington Drive, Suite 210<br>San Marino, California 91108 |
| **MESSER STRICKLER BURNETTE LTD.** | *Attorneys for Plaintiff* |

/s/ Andrew Michael Schwartz
Andrew Michael Schwartz, Esq.
(admitted Pro Hac Vice)
935 E. Lancaster Ave., #1003
Downingtown, Pennsylvania 19335

Patrick J Reilly, Esq. (SBN 6103)
**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 N. City Parkway, Suite 1600
Las Vegas, Nevada 89106

*Attorneys for Defendant Five Diamond Screening, LLC*

**ORDER**

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/31/2024

CASE NO.: 2:24-CV-00834-DJA