Chad R. Fears, Esq. (SBN 6970)
David W. Gutke, Esq. (SBN 9820)
**EVANS FEARS SCHUTTERT
MNCULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: cfears@efsmmlaw.com
Email: dgutke@efsmmlaw.com

*Attorneys for Defendant AccuSourceHR, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER JAYE COLLINS, as an individual,<br><br>Plaintiff,<br><br>v.<br><br>FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:24-CV-00834-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANT ACCUSOURCEHR, INC. ONLY WITHOUT PREJUDICE**<br><br>ECF No. 30 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), LR I-A 6-2, and LR 7-1, Plaintiff Tyler Jaye Collins and Defendant AccuSourceHR, Inc., by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff Tyler Jaye Collins hereby dismisses its Complaint against Defendant AccuSourceHR, Inc., filed on or about May 3, 2024, without prejudice;

2. This stipulation applies to Plaintiff Tyler Jaye Collin's claims against AccuSourceHR, Inc. **only**, and it does not dismiss or affect claims against any other Defendants; and

3. Plaintiff Tyler Jaye Collins and Defendant AccuSourceHR, Inc. shall each bear their own attorneys' fees and costs with respect to this action including the dismissal without prejudice of Plaintiff Tyler Jaye Collins's Complaint against Defendant AccuSourceHR, Inc.

**IT IS SO STIPULATED.**

Dated this 6th day of August, 2024.

| | |
|---|---|
| **KNEPPER LITIGATION LLC** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
| /s/ Devin Fok | /s/ David W. Gutke |
| Matthew I. Knepper, Esq. (SBN 12796) | Chad R. Fears, Esq. (SBN 6970) |
| 5502 S. Fort Apache Rd, Suite 200 | David W. Gutke, Esq. (SBN 9820) |
| Las Vegas, Nevada 89148 | 6720 Via Austi Parkway, Suite 300 |
| | Las Vegas, Nevada 89119 |
| Devin Fok, Esq. (Pro Hac Vice) | *Attorneys for Defendant AccuSourceHR, Inc.* |
| Ainat Kiewe, Esq. (Pro Hac Vice) | |
| **DHF LAW, PC** | **MESSER STRICKLER BURNETTE LTD.** |
| 2304 Huntington Drive, Suite 210 | |
| San Marino, California 91108 | /s/ Patrick J. Reilly |
| *Attorneys for Plaintiff* | Andrew Michael Schwartz (Pro Hac Vice) |
| | 935 E. Lancaster Ave., #1003 |
| | Downingtown, Pennsylvania 19335 |
| | |
| | Patrick J Reilly, Esq. (SBN 6103) |
| | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| | 100 N. City Parkway, Suite 1600 |
| | Las Vegas, Nevada 89106 |
| | *Attorneys for Defendant Five Diamond Screening, LLC.* |

## ORDER

Based on the parties' stipulation [ECF No. 30] and with good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST AccuSourceHR, Inc. are DISMISSED without prejudice**, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 7, 2024