Patrick J. Reilly
Nevada Bar No. 6103
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702-382-2101
Facsimile: 702-382-8135
preilly@bhfs.com

*Attorneys for Five Diamond Screening, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TYLER JAYE COLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>FIVE DIAMOND SCREENING, LLC; ACCUSOURCEHR, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-00834-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT FIVE DIAMOND SCREENING, LLC**<br><br>ECF No. 32 |

## **STIPULATION**

Plaintiff Tyler Jaye Collins, by and through his undersigned counsel, and Defendant Five Diamond Screening, LLC, by and through its undersigned counsel, stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the Complaint against Five Diamond Screening, LLC and each and every count and claim asserted in this action against Five Diamond Screening, LLC, shall be and is dismissed in their entirety, *with prejudice*, each party bearing its

/ / /

/ / /

/ / /

/ / /

/ / /

1

31767698

own attorney's fees and costs.

DATED this 8th day of November, 2024.     DATED this 8th day of November, 2024.

*/s Devin Fok*                            */s/ Patrick J. Reilly*
Devin Fok                                 Patrick J. Reilly, Esq.
Ainat Kiewe                               BROWNSTEIN HYATT FARBER
DHF LAW, P.C.                             SCHRECK, LLP
2304 Huntington Drive, Suite 210          100 North City Parkway, Suite 1600
San Marino, CA 91108                      Las Vegas, NV  89106-4614

Matthew I Knepper                         Andrew Michael Schwartz (Pro Hac Vice)
KNEPPER LITIGATION LLC                    MESSER STRICKLER BURNETTE LTD.
5502 S. Fort Apache Rd, Suite 200         935 E. Lancaster Ave., #1003
Las Vegas, NV 89148                       Downingtown, PA 19335

*Attorneys for Plaintiff*                 *Attorneys for Defendant Five Diamond*
*Tyler Jaye Collins*                      *Screening, LLC*

### ORDER

Based on the parties' stipulation **[ECF No. 32]** and good cause appearing, IT IS SO ORDERED.  And because this dismissal of the claims against Five Diamond Screening, LLC leaves no claims or parties remaining, the Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
DATED: 11/13/24

31767698